IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SCOOTS SMASHBURGERS INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:23-cv-00026-O |
| JAY YOUNG, et al., | § § § | |
| Defendants. | § § | |

## JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims against Defendants are **DISMISSED without prejudice** to the refiling of the same.

2. Judgement is entered in favor of Defendants' Counterclaims I and II.

3. This Final Judgment fully and finally resolves all issues between Plaintiffs and Defendant and may be appealed. Any relief not specifically granted in this Judgment is **DENIED** and any parties not otherwise disposed of are **DISMISSED**.

4. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

**SO ORDERED** this **24th day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE